UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN R. BENNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>KAISER PERMANENTE,<br><br>    Defendant. | Case No.  14-cv-02676-MEJ<br><br>**ORDER DISCHARGING OSC**<br><br>**ORDER CONTINUING CMC** |

On June 10, 2014, Plaintiff Evelyn R. Bennett filed the instant complaint.  The matter was scheduled for a Case Management Conference on September 11, 2014, with the joint case management statement due one week prior.  As Plaintiff had not filed proof of service of the summons and complaint upon Defendant Kaiser Permanente, and no case management statement had been filed by the September 4 deadline, the Court ordered Plaintiff to show cause why her claims should not be dismissed.  Having received Plaintiff's response, the Court DISCHARGES the Order to Show Cause.  Plaintiff shall complete service in the time required by Federal Rule of Civil Procedure 4.  The Case Management Conference is CONTINUED to November 13, 2014 at 10:00 a.m. in Courtroom B.  All related deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: September 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN R. BENNETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAISER PERMANENTE,<br><br>　　　　Defendant. | Case No.  14-cv-02676-MEJ<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 9/23/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Evelyn R. Bennett
488 University Avenue
Palo Alto CA 94301


Dated: 9/23/2014

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Chris Nathan, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable MARIA-ELENA JAMES