**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVELYN R. BENNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE,<br><br>    Defendants. | Case No.: C-14-2676 YGR<br><br>**TENTATIVE CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and reviewed the docket in this matter in advance of the Case Management Conference scheduled for February 9, 2015 and tentatively sets the following trial and pretrial dates.

The parties are advised that in cases assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge of their joint selection for all purposes, including entry of final judgment. *See* Civil L.R. 73-1(b). This option is being made available because the magistrate judges in this district have smaller civil dockets and no felony criminal cases and may be able to adjudicate this case with more flexibility than the undersigned district judge.

The parties are hereby **DIRECTED** to advise the Court, no later than **10:00 a.m. on Monday, February 9, 2015,** whether they (i) submit to the tentative trial and pretrial order in which case no appearance will be necessary and the order will issue automatically; (ii) consent to have a magistrate judge of their choice conduct all further proceedings in the instant action in which case no appearance will be necessary and the reassignment order will issue automatically; or (iii) will personally appear for the case management conference. Should the parties choose to consent to a magistrate judge, forms are available at http://www.cand.uscourts.gov, in the "Forms" section.

**TENTATIVE PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, September 14, 2015 at 2:00 p.m. |
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | May 29, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | February 20, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | September 1, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 22, 2016<br>Rebuttal: February 12, 2016 |
| EXPERT DISCOVERY CUTOFF: | March 4, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | November 3, 2015 |
| COMPLIANCE HEARING | Friday, March 25, 2016 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 1, 2016 |
| PRETRIAL CONFERENCE: | Friday, April 15, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 2, 2016 at 8:30 a.m. for 5 days |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer in advance of the Pretrial Conference</u>. The compliance hearing on March 25, 2016 at 9:01 a.m. is intended to confirm that counsel understand the obligations required under the Pretrial Order and are in the process of timely meeting and conferring as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**