**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVELYN R. BENNETT, | Case No.: C-14-2676 YGR |
| Plaintiff, | **CASE MANAGEMENT AND PRETRIAL ORDER** |
| vs. | |
| KAISER PERMANENTE, | |
| Defendants. | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and reviewed the docket in this matter in advance of the Case Management Conference scheduled for February 9, 2015 and sets the following trial and pretrial dates.

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, September 14, 2015 at 2:00 p.m. |
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | May 29, 2015 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | February 20, 2015 |
| NON-EXPERT DISCOVERY CUTOFF: | September 1, 2015 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: January 22, 2016<br>Rebuttal: February 12, 2016 |
| EXPERT DISCOVERY CUTOFF: | March 4, 2016 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | November 3, 2015 |
| COMPLIANCE HEARING | Friday, March 25, 2016 at 9:01 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | April 1, 2016 |
| PRETRIAL CONFERENCE: | Friday, April 15, 2016 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, May 2, 2016 at 8:30 a.m. for 5 days |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer in advance of the Pretrial Conference</u>. The compliance hearing on March 25, 2016 at 9:01 a.m. is intended to confirm that counsel understand the obligations required under the Pretrial Order and are in the process of timely meeting and conferring as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: February 11, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**CC: ADR**