**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EVELYN R. BENNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>KAISER PERMANENTE,<br><br>    Defendants. | Case No.: 14-cv-2676 YGR<br><br>**ORDER ON DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 44 |

The Court having reviewed the parties' Joint Discovery Letter Brief (Dkt. No. 44), and having carefully the issues presented therein, the Court hereby **DENIES** plaintiff's request for an order requiring defendant to produce witnesses, absent any legal authority to support her position. Trial is set for May 2, 2015. Sufficient time remains to secure appearances for that purpose.

This Order terminates Docket Number 44.

**IT IS SO ORDERED.**

Dated: October 13, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**